## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

FREDERICK WILLIAM CUBIN, III, a/k/a ERIC CUBIN,
Plaintiff-Appellant,

v.

MARK GORDON, in both his personal and official
capacities as Governor of Wyoming, Defendant-Appellee

Case No.  25-8021

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Governor Mark Gordon
_____

[Party or Parties][1]

_____


Defendant-Appellee
_____, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]


Timothy W. Miller
_____
Name of Counsel

/s/ Timothy W. Miller
_____
Signature of Counsel

109 State Capitol, Cheyenne, WY 82002, 307-777-5820
_____
Mailing Address and Telephone Number

tim.miller@wyo.gov
_____
E-Mail Address

Brandi L. Monger
_____
Name of Counsel

/s/ Brandi L. Monger
_____
Signature of Counsel

109 State Capitol, Cheyenne, WY 82002, 307-777-7888
_____
Mailing Address and Telephone Number

brandi.monger@wyo.gov
_____
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐   The following (attach additional pages if necessary) individuals and/or entities are not
direct parties in this appeal but do have an interest in or relationship to the litigation
and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not
entering an appearance in this court, but who have appeared for a party in prior trial or
administrative proceedings, are noted below.

☑   There are no such parties/attorneys, or any such parties/attorneys have already been
disclosed to the court.

05/02/2025
_____
Date

/s/ Timothy W. Miller
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the
required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐   On __05/02/2025_____ I sent a copy of this Entry of Appearance

                     [date]

Form to:

_____

at_____,

the last known address/email address, by _____.

                         [state method of service]


05/02/2025
_____
Date

/s/ Timothy W. Miller
_____
Signature