No. 25-8021
_____

United States Court of Appeals for the Tenth Circuit
_____

Dr. Frederick William "Eric" Cubin III,
*Plaintiff-Appellant,*

v.

Mark Gordon, *in both his personal and official capacities as Governor of Wyoming,*
*Defendant-Appellee.*

═══════════════════════════════════════════════════════════════

On Appeal from The United States District Court for the District of Wyoming
No. 1:24-CV-00164, Hon. Scott Skavdahl, Presiding

═══════════════════════════════════════════════════════════════

Motion for Leave to File *Amici Curiae* Brief of America's Frontline Doctors and Dr. Simone Gold, M.D., J.D. in Support of
Plaintiff-Appellant for Reversal

                                                             **Respectfully Submitted,**

                                                             **Dr. Simone Gold, M.D., J.D.**
                                                             **David A. Dalia**
                                                             **Attorney at Law**
                                                             *Counsel of Record*
                                                             **700 Camp Street**
                                                             **New Orleans, LA 70130**
                                                             **T: 504-524-5541**
                                                            [davidadalia@gmail.com](mailto:davidadalia@gmail.com)
                                                            **Counsel for *Amici Curiae*,**
                                                            **America's Frontline Doctors and**
                                                           **Dr. Simone Gold, M.D., J.D.**

# A MATTER OF GREAT PUBLIC IMPORTANCE AND FRAP RULE 29 DISCLOSURES

The Free Speech Foundation, d/b/a America's Frontline Doctors, and Dr. Simone Gold, M.D., J.D., the founder, attorney, and physician member with over twenty years experience as an emergency room physician in minority communities around the nation, ("*Amici Curiae*" or "AFLDS"), respectfully file this *amici curiae* brief in support of the Plaintiffs-Appellants for reversal in *Cubin v Gordon,* 24-cv-00164 (DCDW), 25-8021 (10th Cir. 2025).[1]

Consent for the filing of this motion was received in writing from Plaintiff-Appellant on June 6th, 2025. Counsel for the Defendant-Appellee stated on June 9th, 2025 that they objected to this filing.

*Amici Curiae* filed *amici curiae* briefs in the United States Supreme Court in the recent and related cases of *Murthy, et al. v Missouri, et al,* 23-411 (U.S. 2023)*, United States of America v. Skrmetti, Attorney General and Reporter for Tennessee, et al.,* 23-477, (U.S. 2024), *Mahmoud, et al. v. Taylor, et al.,* 24-297, (2024)*, Kory, et al. v. Bonta, et al.,* 24-932, (2024), and *John Does 1-2, et al.*, v. *Kathy Hochul, Governor of New York, et al.*, 24-1015, (2025).

AFLDS also filed an *amicus curiae* brief in *Nat'l Fed'n of Indep. Bus. v*

---

[1] https://americasfrontlinedoctors.org/about-us

-1-

*OSHA*, 595 U.S.___, 142 S. Ct. 661 (2022). Our position prevailed in that case.

This *amici curiae* brief offers an important *medical and legal* perspective to this Court from thousands of doctors on the frontlines, by demonstrating that the Defendant-Appellee's actions in this case violated the First Amendment, exhibited unconstitutional viewpoint discrimination, and is medically very dangerous. This is an important point in this case. The Defendant-Appellee's actions in firing Plaintiff-Appellant for speaking accurate medical information in his private capacity also violates the Supreme Court's holding in *National Institute of Family & Life Advocates* v. *Becerra*, 585 U.S. 755 (2018).

The United States Courts of Appeal for the Tenth, Ninth, Eleventh, Fifth, and Third Circuits have also accepted *amici curiae* briefs from AFLDS.

This *amici curiae* brief offers an important medical perspective to this Court from thousands of doctors on the frontlines of great public importance, by conclusively demonstrating that the Plaintiff-Appellant physician was engaged in the lawful protection of Wyoming minors by speaking accurate public medical information about dangerous surgeries known as "gender transition surgeries", to which these Wyoming minors might have been subjected.

*This is in no way about being transphobic. This is a medical and legal analysis strictly focusing on minors and the ability of physicians to speak freely.*

-2-

*Happy adult lives are very much at stake here, as will be shown herein*.

This exercise of free speech is similar to supporting longstanding state regulation of female genital mutilations (FGM), which is prohibited by 18 U.S.C. §116, psychosurgery, shock treatments, lobotomies, child sterilizations, assisted suicides, euthanasia, and even tattoos. Such free speech is completely lawful and appropriate, particularly where the regulated surgeries can cause permanent and irreversible damage to these Wyoming minors.

## INTERESTS OF *AMICI CURIAE*

*Amici Curiae* are the Free Speech Foundation, d/b/a America's Frontline Doctors ("AFLDS"), a non-partisan, not-for-profit organization of hundreds of member physicians from across the country, representing a range of medical disciplines and practical experience on the front lines of medicine, and its' founder and expert physician and attorney member, Dr. Simone Gold, M.D., J.D.

AFLDS' programs focus on a number of critical issues including:

• Providing Americans with science-based facts about COVID-19;

• Protecting physician independence from government overreach;

• Combating COVID-19 with evidence-based approaches without compromising constitutional freedoms;

- Fighting medical cancel culture and media censorship;

- Advancing healthcare policies that protect the physician-patient relationship;

- Expanding COVID-19 treatment options for all Americans who need them, and;

- Strengthening the voices of frontline doctors in the national healthcare conversation.

Each of AFLDS' member physicians is deeply committed to the guiding principle of medicine: "FIRST, DO NO HARM." They gravely take their ethical obligations to their patients. It is axiomatic that a physician's duty is to his or her patient. AFLDS holds sacrosanct the relationship between doctor and patient where informed decisions are to be made, taking into consideration all of the factors relating to each individual patients' health, risks, co-morbidities and circumstances.

For AFLDS member physicians, the practice of medicine is not simply a job or a mere career. Rather, it is a sacred trust. It is a high calling that often requires a decade or more of highly focused sacrificial dedication to achieve.

America's Frontline Doctors is committed to preserving the voluntary and fully informed doctor/patient relationship, opposes any sort of illegal interference with the doctor/patient relationship, and opposes illegal government

overreach by the censorship of medical and other information, or by the wholesale mandating of incorrect or dangerous medical information or treatments.

Indeed, AFLDS and Dr. Simone Gold, M.D., J.D. were targeted by the governmental Defendants in *Murthy v Missouri* (US. 2023) as being among the so-called [distinguished] "Disinformation Dozen" for promoting *accurate medical information*, such as the benefits of HCQ and Nobel prize-winning Ivermectin, and for opposing vaccine passports. AFLDS's medical information proved to be completely correct. The censors were shown to be the ones advancing inaccurate information, even though incorrect information is also protected free speech within certain well-defined limits.

Dr. Gold and AFLDS also publicly supported the position as early as October, 2020 that experimental mRNA injections are not "vaccines", because they do not prevent infection or transmission, and they are neither "safe", nor "effective"[2]. They are personal medical treatments only. These medical facts are now also known to be correct.

"*Informed consent*" cannot be formed if it is not fully **i**nformed. Voluntary informed consent can never be coerced by threats of termination, subjected to

---

[2]https://aflds.org/about-us/press-releases/americas-frontline-doctors-supports-the-filing-of-a-petition-for-preliminary-injunction-to-prevent-kaiser-permanente-from-enforcing-their-vaccine-mandate

-5-

undue influence, nor distorted by censored and incomplete information.

The Plaintiff-Appellant physician here should not be punished or censored for courageously informing the public, consistent with his Hippocratic Oath and with the First Amendment, in his private capacity, of medical facts which he knows to be correct.

Under FRAP 29 (a)(3)(B), the forgoing are the reasons why this *amici curiae* brief is desirable and relevant to the disposition of this case.

Wherefore, *Amici Curiae* respectfully request that this *amici curiae* brief be accepted for filing by this Honorable Court.

**Respectfully Submitted,**

**Simone Gold, M.D., J.D.**

*s/ David A. Dalia*
**David A. Dalia, La. Bar No. 01320**
**Attorney at Law**
*Counsel of Record*
**700 Camp Street**
**New Orleans, LA 70130**
**T: 504-524-5541**
davidadalia@gmail.com
**Counsel for *Amici Curiae*,**
**America's Frontline Doctors and**
**Dr. Simone Gold, M.D., J.D.**

## Certificate of Compliance

I hereby certify that the foregoing Motion for Leave contains 1290 words as measured by Microsoft Word, and is seven pages long.

*s/ David A. Dalia*
**David A. Dalia**

## Certificate of Service

I hereby certify that on the 11th day of June, 2025, a copy of the foregoing Motion for Leave was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was sent electronically to all counsel of record using the CM/ECF system.

*s/ David A. Dalia*
**David A. Dalia**
