No. 25-8021

# United States Court of Appeals
# for the Tenth Circuit

---

DR. FREDERICK WILLIAM "ERIC" CUBIN III,

*Plaintiff-Appellant,*

v.

MARK GORDON, in his official and personal capacities as Governor of Wyoming,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the District of Wyoming
No. 1:24-cv-164 - Hon. Scott W. Skavdahl

---

### MOTION FOR BRIDGET CONLAN TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT

Pursuant to 10th Cir. R. 46.1(A), Bridget Conlan moves this Court for a court order allowing her to withdraw as counsel on behalf of Plaintiff-Appellant Dr. Eric Cubin. And in support of this motion to withdraw as counsel, Ms. Conlan further states:

1. On April 25, 2025, Ms. Conlan filed an entry of appearance on behalf of the Appellant Dr. Eric Cubin. Dkt. 5.

2. On June 10, 2025, Ms. Conlan gave notice to her employer that she was resigning her position at Liberty Justice Center and taking on a new position at another law firm, effective June 27, 2025.

3. On May 27, 2025, Emily Rae, of Liberty Justice Center filed an entry of appearance in this appeal on behalf of the Appellant Dr. Eric Cubin. Dkt. 12

4. Appellant's opening brief and appendix was filed on June 4, 2025. Dkt. 14

5. Ms. Conlan has notified opposing counsel that she would be leaving her employment at Liberty Justice Center.

6. Further, Ms. Conlan has notified the Appellant Dr. Eric Cubin that she was leaving her employment at Liberty Justice Center, and that Mrs. Rae would continue representing him.

7. The Appellant Dr. Eric Cubin is adequately represented in this appeal by Mrs. Rae in advance of the deadline to file his reply brief.

## CONCLUSION

For the foregoing reasons, this Court should enter an order allowing Ms. Conlan to withdraw as counsel on behalf of the Plaintiff-Appellant Dr. Eric Cubin.

Dated: June 23, 2025                    Respectfully submitted,

/s/ Bridget Conlan
Bridget Conlan
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
bconlan@ljc.org

*Counsel for Plaintiff-Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, the foregoing Motion was filed through the Court's Electronic Filing System, which will send notice to all counsel appearing in this matter.

/s/ Bridget Conlan
Bridget Conlan
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
bconlan@ljc.org

*Counsel for Appellant*