No. 25-8021

IN THE
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Dr. Frederick William "Eric" Cubin III<br><br>       Plaintiff-Appellant,<br><br>v.<br><br>Mark Gordon, *in both his personal and official capacity as Governor of Wyoming*,<br><br>       Defendant-Appellee. | Appeal from the United States Court for the District of Wyoming<br><br>Case No. 1:24-CV-00164<br><br>Hon. Scott Skavdahl, Presiding |

**EMERGENCY MOTION TO POSTPONE ORAL ARGUMENT
AND FOR LEAVE TO AMEND REPLY BRIEF**

Plaintiff-Appellant Dr. Eric Cubin respectfully moves this Court for an order postponing oral argument currently scheduled for January 21, 2026, and for leave to amend Appellant's reply brief.

**Background**

I, Brendan Philbin, counsel for Appellant, entered my appearance on September 16, 2025, after all briefs had been filed. All prior counsel who prepared and filed those briefs left their employment at Liberty Justice Center—the firm representing Appellant—before or shortly after I entered my appearance and assumed responsibility on this case.

**Basis for Motion**

While preparing for oral argument, I discovered deficiencies in Appellant's reply brief (ECF 32) regarding citation to legal authorities. Specifically, certain citations are

imprecise, lack necessary context, or require further explanation to support Appellant's legal conclusions. While I do not believe any citation constitutes a material misstatement of law, the deficiencies as written may hinder the Court's ability to evaluate the authorities on which Appellant relies.

Filing an amended reply brief will correct these deficiencies and ensure that both opposing counsel and this Court can review Appellant's arguments with accurate and complete legal authority. I believe this approach is preferable to proceeding with oral argument on January 21, 2026, as the citation issues could distract from the substance of the parties' arguments.

Upon discovering these deficiencies, I promptly contacted the Clerk of Court and opposing counsel to inform them of my intention to file this motion.

**Position of the Parties**

Pursuant to 10th Cir. R. 34.1(A)(3)(b), I confirmed the following with opposing counsel:

(i) Defendant-Appellee opposes postponing the argument;

(ii) Both parties agree this case is not suitable for submission on the briefs and view oral argument as appropriate;

(iii) Both parties are available for the next available regularly scheduled term of court, May 12–15, 2026, as provided by the Clerk of Court.

**Relief Requested**

Appellant respectfully requests that this Court:

1. Postpone oral argument currently scheduled for January 21, 2026; and

2. Grant leave to withdraw and re-file an amended reply brief with corrected citations.

Dated: January 17, 2026

Respectfully submitted,

Brendan J. Philbin
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(570) 947-2051
bphilbin@libertyjusticecenter.org

Attorney for Plaintiff-Appellees

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 17, 2026, I served Plaintiffs-Appellee's Emergency Motion to Postpone Oral Argument and for Leave to Amend Reply Brief on all counsel of record by filing it with the appellate CM/ECF system.

Brendan J. Philbin

Brendan J. Philbin