# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



| Margaret Botkins | Jon Bastian |
|---|---|
| Clerk of Court | Chief Deputy Clerk |



**FILED**

**11:04 am, 4/25/25**

**Margaret Botkins**
**Clerk of Court**

April 25, 2025

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

Re:   TRANSCRIPT ORDERS
      District Court Case Number:  1:24-cv-00164-SWS
      US Court of Appeals Case Number:  25-8021

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

All transcripts for this appeal are already on file with this Court.

For purposes of appeal, the record is now ready.

Sincerely,

Margaret Botkins
Clerk of Court

By: *Elayna Thorsell*
Elayna Thorsell